RICHARD SHEFFIELD v. CARL R. HARTMANN, CLERK
OF BERGEN COUNTY.

October 13, 1981.

Certification is granted, and the judgment of the Appellate
Division is summarily affirmed.

JOAN MASEL v. PARAMUS BOROUGH COUNCIL.

October 13, 1981.

Petition for certification denied.

IN THE MATTER OF RAMON GARAY, M. D.

October 19, 1981.

Petition for certification granted.

IN THE MATTER OF RAMON GARAY, M. D.

October 19, 1981.

Cross-petition for certification granted.